IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Bethel, Kevin | Case Number: 07 B 14125 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 1/29/08 | Filed: 8/7/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 17, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,834.00 | 0.00 |
| 2. | Everhome Mortgage Company | Secured | 0.00 | 0.00 |
| 3. | Specialized Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 4. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 5. | DaimlerChrysler Servs North America | Secured | 6,060.00 | 0.00 |
| 6. | National Quick Cash | Secured | 700.00 | 0.00 |
| 7. | RY Properties | Secured | 2,300.00 | 0.00 |
| 8. | Specialized Loan Servicing LLC | Secured | 1,200.00 | 0.00 |
| 9. | Everhome Mortgage Company | Secured | 7,000.00 | 0.00 |
| 10. | America's Servicing Co | Secured | 12,000.00 | 0.00 |
| 11. | Internal Revenue Service | Priority | 2,589.05 | 0.00 |
| 12. | Americas Financial Choice Inc | Unsecured | 26.80 | 0.00 |
| 13. | Capital One | Unsecured | 139.83 | 0.00 |
| 14. | Global Payments | Unsecured | 12.50 | 0.00 |
| 15. | Aspire Visa | Unsecured | 120.04 | 0.00 |
| 16. | Nicor Gas | Unsecured | 109.21 | 0.00 |
| 17. | DaimlerChrysler Servs North America | Unsecured | 2.98 | 0.00 |
| 18. | I C Systems Inc | Unsecured | 11.10 | 0.00 |
| 19. | Commonwealth Edison | Unsecured | 145.19 | 0.00 |
| 20. | Check Recovery Systems | Unsecured | | No Claim Filed |
| 21. | CBCS | Unsecured | | No Claim Filed |
| 22. | CBCS | Unsecured | | No Claim Filed |
| 23. | Credit Management Co. | Unsecured | | No Claim Filed |
| 24. | CBCS | Unsecured | | No Claim Filed |
| 25. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Bethel, Kevin

Printed: 1/29/08

Case Number: 07 B 14125
Judge: Hollis, Pamela S
Filed: 8/7/07

| # | Creditor | Type | | Claim |
|---|---|---|---|---|
| 26. | American Collection Corp | Unsecured | | No Claim Filed |
| 27. | CBCS | Unsecured | | No Claim Filed |
| 28. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 29. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 30. | Armor Systems Co | Unsecured | | No Claim Filed |
| 31. | Pellettieri & Associates | Unsecured | | No Claim Filed |
| 32. | Pellettieri & Associates | Unsecured | | No Claim Filed |
| 33. | RMI/MCSI | Unsecured | | No Claim Filed |
| 34. | RMI/MCSI | Unsecured | | No Claim Filed |
| 35. | RMI/MCSI | Unsecured | | No Claim Filed |
| 36. | RMI/MCSI | Unsecured | | No Claim Filed |
| 37. | RMI/MCSI | Unsecured | | No Claim Filed |
| 38. | RMI/MCSI | Unsecured | | No Claim Filed |
| 39. | RMI/MCSI | Unsecured | | No Claim Filed |
| 40. | RMI/MCSI | Unsecured | | No Claim Filed |
| 41. | RMI/MCSI | Unsecured | | No Claim Filed |
| 42. | RMI/MCSI | Unsecured | | No Claim Filed |
| 43. | RMI/MCSI | Unsecured | | No Claim Filed |
| 44. | RMI/MCSI | Unsecured | | No Claim Filed |
| 45. | RMI/MCSI | Unsecured | | No Claim Filed |
| 46. | RMI/MCSI | Unsecured | | No Claim Filed |
| 47. | RMI/MCSI | Unsecured | | No Claim Filed |
| 48. | RMI/MCSI | Unsecured | | No Claim Filed |
| 49. | RMI/MCSI | Unsecured | | No Claim Filed |
| 50. | RMI/MCSI | Unsecured | | No Claim Filed |
| 51. | RMI/MCSI | Unsecured | | No Claim Filed |
| 52. | RMI/MCSI | Unsecured | | No Claim Filed |
| 53. | RMI/MCSI | Unsecured | | No Claim Filed |
| 54. | RMI/MCSI | Unsecured | | No Claim Filed |
| 55. | RMI/MCSI | Unsecured | | No Claim Filed |
| 56. | Van Ru Credit Corporation | Unsecured | | No Claim Filed |
| 57. | RMI/MCSI | Unsecured | | No Claim Filed |
| 58. | Van Ru Credit Corporation | Unsecured | | No Claim Filed |
| 59. | RMI/MCSI | Unsecured | | No Claim Filed |
| 60. | RMI/MCSI | Unsecured | | No Claim Filed |
| 61. | Van Ru Credit Corporation | Unsecured | | No Claim Filed |
| 62. | Van Ru Credit Corporation | Unsecured | | No Claim Filed |
| 63. | Tex Collect/Colection Agency | Unsecured | | No Claim Filed |
| 64. | Van Ru Credit Corporation | Unsecured | | No Claim Filed |
| 65. | Van Ru Credit Corporation | Unsecured | | No Claim Filed |
| 66. | Van Ru Credit Corporation | Unsecured | | No Claim Filed |
| 67. | Van Ru Credit Corporation | Unsecured | | No Claim Filed |
| | | | $ 35,250.70 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Bethel, Kevin

Printed:  1/29/08

Case Number:  07 B 14125
Judge:  Hollis, Pamela S
Filed:  8/7/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

